FILED '07 MAY 02 1264 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHN R. MARCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 06-6117-TC |
| v. ) | |
| ) | ORDER |
| MICHAEL J. ASTRUE, Commissioner ) of Social Security, ) | |
| ) | |
| Defendant. ) | |

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on April 16, 2007. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1   - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. The Commissioner's decision is affirmed and this action is dismissed.

IT IS SO ORDERED.

DATED this \_\_\_2nd\_\_\_ day of \_\_\_May\_\_\_, 2007.

_____
UNITED STATES DISTRICT JUDGE

2    - ORDER